Núm. 7960.—PUEBLO, apldo. *v.* CARRERO, aplte.—C. D. San Juan. ▮▮▮▮ Enero 10, 1940.

Por los fundamentos consignados en la opinión emitida en el día de hoy en el caso número 7788, *El Pueblo de Puerto Rico, demandante y apelado,* v. *Gregorio Rodríguez y Santos Ocasio, acusados y apelantes,* (ante, pág. 864), infracción al artículo 243 del Código Penal (Libelo), se confirma la sentencia apelada que dictó la Corte de Distrito de San Juan en el presente caso con fecha noviembre 29, 1938.